IN THE UNITED STATES DISTRITC COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

CASE NO. : 14-62137-CIV-COHN-SELTZER

ROBERT BURDICK,

   Plaintiff,

vs.

BANK OF AMERICA, N.A.,
A Delaware Corporation,
GREENTREE SERVICING, LLC.
A Minnesota Limited Liability Company

   Defendants,
_____/

## PLAINTIFF ROBERT BURDICK'S PROPOSED VOIR DIRE QUESTIONS

1. Have you ever had a mortgage or other loan that was serviced by Bank of America?  If so, how would you describe your experience with them?

2. Have you ever had a mortgage or other loan that was serviced by Green Tree Loan Servicing?  If so, how would you describe your experience with them?

3. Have you, or any family member or close friend, ever been involved in a foreclosure?

4. Have you, or any family member or close friend, ever had force placed insurance charged to a mortgage loan account?

5. Have you, or any family member or close friend, ever been involved in a personal bankruptcy?

6. Do you have any opinions about the mortgage or banking industry, either positive or negative? What are those opinions?

7. This case involves allegations that a mortgage servicer made a mistake, is there anything about your background or experiences that give you an impression, one way or the other, concerning whether it is likely that a mortgage company would make such a mistake?

Respectfully Submitted,

THE LAW OFFICES OF JEFFREY N. GOLANT, P.A.

1999 N. University Drive 213
CORAL SPRINGS, FL 33071
Phone: (954) 942-5270
Fax: (954) 942-5272
Email: jgolant@jeffreygolantlaw.com
By: **/S/ JEFFREY N. GOLANT ESQ.**
Fla. Bar. No. 0707732
Counsel for Plaintiff Robert Burdick

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Plaintiff's Proposed Voir Dire Questions was filed using CM/ECF and served via Notice of Electronic Filing on the following counsel of record on August 19TH , 2015:

CHRISTOPHER S. CARVER, ESQ.
Florida Bar No. 993580
BRENDAN I. HERBERT, ESQ.
Florida Bar No. 0076925
**AKERMAN LLP**
One S.E. Third Avenue – 25th Floor
Miami, FL 33131-1714
Tel. 305-374-5600
Fax 305-374-5095
E-mail: christopher.carver@akerman.com
brendan.herbert@akerman.com
Counsel for Defendant Bank of America


David L. Permut, ESQ. *pro hac vice*
**GOODWIN PROCTER LLP**
901 New York Avenue, NW
Washington, DC 20001
Tel.: 202.346.4000
Fax: 202.346.4444
dpermut@goodwinprocter.com
Counsel for Defendant Bank of America

Matthew G. Lindenbaum , ESQ. *pro hac vice forthcoming*
Katherine Aldrich, ESQ. *pro hac vice*
**GOODWIN PROCTER LLP**
53 State Street
Boston, MA 02109
Tel.: 617-570-1000
Fax: 617-523-1231
Email: mlindenbaum@goodwinprocter.com

kaldrich@goodwinprocter.com
Counsel for Defendant Bank of America


John W. Bustard ESQ.
**Shutts & Bowen**
201 S Biscayne Boulevard
Suite 1500 Miami Center
Miami, FL 33131
305-358-6300
Fax: 381-9982
Email: jbustard@shutts.com
Counsel for GreenTree Loan Servicing

                                                **/s/ Jeffrey Golant**